IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| VIRGINIA BUCKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>    Defendant,<br><br>v.<br><br>MARK BUCKLAND,<br><br>    Third-Party Defendant,<br><br>v.<br><br>AL FOX, III,<br><br>    Intervenor and Counter-Plaintiff. | Civil Action No. 4:15-cv-400-O |

## ORDER

Before the Court is Plaintiffs' Motion for Clarification (ECF No. 27), filed October 20, 2015. Having considered the Motion, the Court finds that is should be and is hereby **DENIED.** The Court's October 7, 2015 Order granted Al Fox, III's ("Fox") Motion to Intervene in its entirety; thus, the Court accepted Fox's "Complaint in Intervention." Accordingly, it is **ORDERED** that Plaintiff's counsel respond to Fox's Complaint in Intervention by **November 3, 2015**.

**SO ORDERED** on this **27th day** of **October, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE