IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VIRGINIA BUCKLAND, | § | |
| Plaintiff, | § | |
| v. | § | |
| MARK BUCKLAND, | § | Civil Action No. 4:15-cv-400-O |
| Third-Party Defendant, | § | |
| v. | § | |
| AL FOX, III, | § | |
| Intervenor. | § | |

## ORDER

Before the Court is Virginia Buckland and Mark Buckland's Agreed Motion to Transfer Funds in Court Registry (ECF No. 40), January 29, 2016. Having considered the Motion, the Court hereby agrees to the requested relief. Accordingly, it is **ORDERED** that the Motion is **GRANTED** and all funds including interest related to this case in the registry shall be **TRANSFERRED** to the registry of the 141st Judicial District Court of Tarrant County, Texas.

**SO ORDERED** on this **1st day** of **February, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE